IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CARRIE KANTOR

_____/

INFORMATION

3:25-mj-29

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about September 11, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**CARRIE KANTOR,**

did enter Naval Air Station Pensacola for a purpose prohibited by law and lawful regulation, in violation of Title 18, United States Code, Section 1382.

COUNT TWO

On or about September 11, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**CARRIE KANTOR,**

FILED USDC FLND PN
JAN 10 '25 PM4:08

did attempt to provide prohibited objects to a federal prisoner, in violation of Title 18, United States Code, Section 1791(a)(1), (b)(4), and (b)(5).

## COUNT THREE

On or about September 11, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

## CARRIE KANTOR,

did unlawfully possess an open container of an alcoholic beverage and consume an alcoholic beverage while operating a vehicle, in violation of Florida Statute Section 316.1936(2), and Title 32, Code of Federal Regulations, Section 634.25.

_____
JASON R. COODY
United States Attorney

January 10, 2025
_____
DATE